DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IZIK ALIYA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0944

[February 12, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Christopher Brown, Judge; L.T. Case Nos. 062024MM005985A88810, 062020DR005620AXDVCE and 062020DR010611AXXXCE.

Izik Aliya, Fort Lauderdale, pro se.

James Uthmeier, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***